MAGISTRATE JUDGE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5159 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| | ) | DATE AND QUASHING WARRANT |
| ROBERT BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the stipulation of the parties to continue the trial date and quash the warrant in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant; therefore,

IT IS HEREBY ORDERED that the trial date be continued to August 14, 2006. The resulting period of delay from June 26, 2006, to August 14, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

IT IS FURTHER ORDERED that the warrant issued on June 26, 2006, be QUASHED.

DONE this 7th day of July, 2006.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented By:

/s/_____     /s/_____
Jerome Kuh                                Captain Glen Templeton
Attorney for Defendant                    Special Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**